IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 17 2008
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

## MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGE: Jimm Larry Hendren, Chief U. S. District Judge |
| PLAINTIFF | |
| ATTY: CLAY FOWLKES | REPORTER: Theresa Sawyer |
| | CLERK: Gail Garner |
| ROBERT BOROFSKY | CASE NO. 08-50068-001 |
| DEFENDANT | |
| ATTY: JAMES PIERCE | |
| | DATE: November 17, 2008 |

ACTION: SUPPRESSION HEARING

| TIME | MINUTES |
|---|---|
| 2:14 pm | Convene |
| | Testimony presented on behalf of USA: |
| | 1. Officer Joe Warren |
| |    Defendant's Exhibit #1 - Photo - received w/o objection |
| |    Defendant's Exhibit #2 - Photo - received w/o objection |
| |    Defendant's Exhibit #3 - Drawing - received w/o objection |
| |    Defendant's Exhibit #4 - Photo - received w/o objection |
| | Closing remarks by counsel. |
| | Remarks by court. Court denies motion to suppress. |
| 3:25 pm | Adjourn |