**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron Smith**
Chief U.S. Probation Officer

U.S. Courthouse and Federal Building
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

December 30, 2008

Honorable Jimm Larry Hendren
Chief United States District Judge
P.O. Box 3487
Fayetteville, AR 72702

      RE:    BOROFSKY, Robert
             Dkt. No. 5:08CR500068-001
             <u>Bond Violation and Release Status Report</u>

Dear Judge Hendren:

This is to update the Court on the status of the above-referenced defendant and seek the Court's guidance in his supervision. Mr. Borofsky was released on a $10,000 secured bond on September 24, 2008, following his initial appearance and arraignment in front of the Honorable James R. Marschewski on a one-count Indictment that charges the defendant as a Felon in Possession of a Firearm. The defendant was released with special conditions that he report to pretrial services as directed and undergo and submit to drug testing and/or treatment as deemed necessary by the U.S. Probation Office.

On November 24, 2008, the urine sample the defendant previously provided for laboratory testing was confirmed by Kroll Laboratory as positive for methamphetamine and marijuana. Mr. Borofsky was interviewed on December 24, 2008, at his residence and admitted to using marijuana but denied the use of methamphetamine. He was tested during the home visit, but as of this writing the test results have not been received.

Mr. Borofsky will appear in court for trial on January 5, 2009. Based on his violation of bond conditions by use of controlled substances, it is recommended that Borofsky be detained following his appearance in court.

Should Your Honor require further information, please advise.

Respectfully submitted,

Sincerely,

William E. Dunn Jr., USPO

_____ Detain at conviction

✓ Other *Submit petition to revoke Bond.*

12/31/08

Jimm Larry Hendren      Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 31 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK